UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80970-CIV-COHN/WHITE

VINCENT F. RIVERA,

    Plaintiff,

vs.

MICHAEL CREWS, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

**THIS CAUSE** is before the Court upon Plaintiff's Application to Proceed Without Prepaying Fees or Costs [DE 4], United States Magistrate Judge Patrick A. White's Report and Recommendation [DE 5] ("Report"), and Plaintiff's Objections to the Report [DE 6]. The Court has reviewed *de novo* the file herein, and is otherwise fully advised in the premises.

Plaintiff, a prisoner, filed this action against the Florida Department of Corrections, and certain corrections officers and doctors, regarding an alleged assault and battery during Plaintiff's incarceration. As Magistrate Judge White observes, Plaintiff is a "prolific multiple filer," and has had many cases dismissed pursuant to the "three strikes" rule of 28 U.S.C. § 1915(g). Report at pp. 2–4. Magistrate Judge White appropriately recommends that this action also be dismissed pursuant to Section 1915(g), without prejudice to Plaintiff to file a new action with payment of the full filing fee. See Report at p. 5.

The only exception to the "three strikes" rule of Section 1915(g) is when a plaintiff can show that he is under "imminent danger of serious physical injury." The Court has reviewed the file and agrees that Plaintiff's Complaint does not contain allegations that meet this standard. Further, Plaintiff's objection that the Court should not apply Eleventh Circuit precedent concerning the constitutionality of Section 1915(g), Objections at p. 3, is unavailing.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 5] is **ADOPTED**;

2. Petitioner's Objections [DE 6] are **OVERRULED**;

3. Plaintiff's Application to Proceed Without Prepaying Fees or Costs [DE 4] is **DENIED**;

4. The Complaint [DE 1] in this case is **DISMISSED without prejudice**;

5. All pending motions are **DENIED AS MOOT**; and

6. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of August, 2014.

JAMES I. COHN
United States District Judge

copies to:

Magistrate Judge Patrick A. White

Vincent F. Rivera, pro se
(via CM/ECF regular mail)